IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO. 07-30098-01-GPM |
| ) | |
| STACEY L. HOOD, ) | |
| ) | |
| Defendant. ) | |

# ORDER AND NOTICE OF SENTENCING

**MURPHY, District Judge:**

Defendant **STACEY L. HOOD** pleaded guilty to Count 1 of the Indictment, and no objections have been filed to the Report and Recommendation of the United States Magistrate Judge. A Presentence Investigation Report is ordered. The Court will defer a decision on acceptance of the plea of guilty and any plea agreement pending review of the Presentence Investigation Report.

Sentencing is scheduled for **January 28, 2008, at 10:00 AM** at the E. St. Louis, Illinois Courthouse.

**IT IS SO ORDERED.**

DATED: November 9, 2007

 S/G. Patrick Murphy
G. PATRICK MURPHY
United States District Judge